IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DIONISION TEJEDA-ORTIZ a/k/a
ALCIBIADO CORDERO, a/k/a
EDUARDO ROSA a/k/a
SAMUEL CRUZ, a/k/a
PABLO TEJEDA

**04 CR 10349 DPW**

:   CRIMINAL ACTION
:
:   Count One:
:
:   8 U.S.C. 1326(a)
:   (Illegal Re-entry of
:   Deported Alien)
:
:

## INDICTMENT

**COUNT ONE**:   8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about October 26, 2004, at Boston, in the District of Massachusetts,

**DIONISION TEJEDA-ORTIZ a/k/a
ALCIBIADO CORDERO a/k/a
EDUARDO ROSA a/k/a
SAMUEL CRUZ, a/k/a
PABLO TEJEDA**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NADINE PELLEGRINI
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS                November 23, 2004  @ 4:32 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     **Category No.** II _____     **Investigating Agency** ICE _____

**City** Boston _____     **Related Case Information:**

**County** Suffolk _____     Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number     _____
Search Warrant Case Number     _____
R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name   Dionision TEJEDA-ORTIZ _____     Juvenile   ☐ Yes   ☒ No

Alias Name   See indictment listing _____

Address   _____

Birth date (Year only): 1960   SSN (last 4 #): N/A   Sex M Race: H _____   Nationality: Dominican _____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Nadine Pellegrini _____     **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No     **List language and/or dialect:**   Spanish _____

**Matter to be SEALED:**   ☐ Yes ☒ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as   _____ in   _____ .
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by   _____   on   _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 11/23/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk) 04 CR 1 0 8 4 9 DPW

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) | Illegal re-entry by deported alien | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**