AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Dionision Tejeda-Ortiz a/k/a Alcibiado Cordero,
a/k/a Eduardo Rosa a/k/a Samuel Cruz a/k/a
Pablo Tejeda

## WARRANT FOR ARREST

## 04 CR 10349 DPW

CASE NUMBER:

To:  The United States Marshal
     and any Authorized United States Officer

Dionision Tejeda-Ortiz a/k/a Alcibiado Cordero, a/k/a
Eduardo Rosa, a/k/a Samuel Cruz, a/k/a Pablo Tejeda

YOU ARE HEREBY COMMANDED to arrest ——————————————————
                                        Name

and bring him XXXXX forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him XXXXX with (brief description of offense)

Illegal re-entry after deportation

in violation of Title       8       United States Code, Section(s)  1326(a)

Catherine M. Gawlik
Name of Issuing Officer

Catherine M Gawlik
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11-24-04
Date and Location

Bail fixed at $ ————————————  by ————————————
                                        Name of Judicial Officer

WARRANT EXECUTED BY _ICE_
BY ARREST/ARRAIGNMENT OF THE
RETURN OF THE
DEFENDANT ON  11/24/04

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.