IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        :
                                :   CRIMINAL ACTION
                                :   04-10349-DPW
        v.                      :
                                :
DIONISION TEJEDA-ORTIZ a/k/a    :
ALCIBIADO CORDERO, a/k/a        :
EDUARDO ROSA a/k/a              :
SAMUEL CRUZ, a/k/a              :
PABLO TEJEDA                    :

FILED
In Open Court
USDC, Mass.
Date 1/12/2005
By _____
Deputy Clerk  10:30 am

REPORT ON INITIAL STATUS CONFERENCE

BOWLER, M.J.

On January 12, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

    For the government: None
    For the defense:    None

2. Features of case that deserve special attention or modification of the standard schedule

    For the government: None
    For the defense:    None

3. Anticipated supplemental discovery

    For the government: None
    For the defense:    None

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

    If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

5.  Applicable periods of excludable delay under Speedy Trial Act

   The period from 11/24/04 (date of arrest/initial appearance) until 12/1/04 (date of resolution for Government's Motion for Detention).

   From 12/1/04 until 12/28/04 (period permitted for production of automatic discovery).

   1/12/04 (date of initial status conference).


6.  Trial is/is not anticipated.  Estimated duration of trial

   The government expects that trial will take approximately four days.

7. Other matters:

   For the government: None
   For the defense:    None


A motion date pursuant to Fed. R. Crim. P. 12(c) has/has not been established.

An Interim Status Conference has/has not been scheduled.

_____
Martin Murphy, Esq.
Counsel for the Defendant

Date: 1/12/05

_____
Nadine Pellegrini, Esq.
Assistant U.S. Attorney

Date: 1/12/05