IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL ACTION |
| : | 04-10349-DPW |
| v. : | |
| : | FILED |
| DIONISION TEJEDA-ORTIZ a/k/a : | In Open Court |
| ALCIBIADO CORDERO, a/k/a : | USDC, Mass. |
| EDUARDO ROSA a/k/a : | Date 3/3/2005 |
| SAMUEL CRUZ, a/k/a : | By [signature] |
| PABLO TEJEDA : | Deputy Clerk |

**JOINT MOTION TO EXCLUDE TIME**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, and Martin Murphy, Esq., attorney for the Defendant, hereby file this Joint Motion to Exclude Time as follows:

1. The parties appeared before the court on January 12, 2005 for an initial status conference. At that time, the parties agreed that an interim status conference was necessary in order that the defense may complete its review of the automatic discovery material and determine, *inter alia*, if there are motions which will be filed.

The court agreed to continue this matter until February 3, 2005 for an interim status conference.

Therefore, the parties respectfully request that the court grant this Motion to Exclude Time for the period from January 12, 2005 until February 3, 2005 pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

_/s/ Martin Murphy_
Martin Murphy, Esq.
Counsel for the Defendant

_/s/ Nadine Pellegrini_
Nadine Pellegrini
Assistant U.S. Attorney