IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| : | 04-10349-DPW |
| v. : | |
| : | |
| DIONISION TEJEDA-ORTIZ a/k/a : | |
| ALCIBIADO CORDERO, a/k/a : | |
| EDUARDO ROSA a/k/a : | |
| SAMUEL CRUZ, a/k/a : | |
| PABLO TEJEDA : | |

**THIRD JOINT MOTION TO EXCLUDE TIME**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, and Martin Murphy, Esq., attorney for the Defendant, hereby file this Third Joint Motion to Exclude Time as follows:

1. The parties appeared before the court on March 1, 2005 for a Final Status conference. At that time, the defendant requested until May 1, 2005 in order to file a motion to suppress.

2. The parties seek to exclude the time between the Final Status conference, March 1, 2005 and May 1, 2005, pursuant to 18 U.S.C. §3161 (h)(1)(F).

Respectfully submitted,

/s/Martin Murphy                        /s/Nadine Pellegrini
Martin Murphy, Esq.                     Nadine Pellegrini
Counsel for the Defendant               Assistant U.S. Attorney
Dated: March 3, 2005