# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10349-DPW

UNITED STATES OF AMERICA

v.

DIONISION TEJEDA-ORTIZ
a/k/a Alcibiado Cordero
a/k/a Eduardo Rosa
a/k/a Samuel Cruz
a/k/a Pablo Tejeda

## *FINAL STATUS REPORT*

March 1, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with unlawful reentry of a deported alien, was returned on November 23, 2004;

2. The defendant was arraigned on the Indictment on December 1, 2004;

3. The defendant is in custody on the charges;

      4. At the time of arraignment, the attorney for the government estimated that the government will call approximately four witnesses and that the trial will last approximately two days;

      5. Defense counsel will file a motion to suppress no later than May 1, 2005;

      6. As of the date of this Final Status Report, time has been excluded through May 1, 2005;

      7. This case is hereby returned to the district judge to whom this case is assigned.

      /s/  Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

Case 1:04-cr-10349-DPW    Document 9    Filed 03/01/2005    Page 3 of 3