UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL NO. 04-310349-DPW

v.

DIONISION TEJEDA-ORTIZ

REPORT & ORDER ON
FINAL STATUS CONFERENCE

BOWLER, M.J.

On 03/01/05, the parties are scheduled to appear before this Court for a Final Status Conference. With regard to the following issues, the parties represent that:

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendant has not filed any motion to sever, dismiss, or suppress or, any other motion requiring a ruling by the District Court prior to trial.

6. There is no other matter which requires a schedule be set in the case, *except setting a date for a possible motion to suppress*.

7. The parties have discussed the possibility of an early resolution of the case without trial. The parties have not, at this time, resolved this case.

1

8. There are periods of excludable delay under the Speedy Trial Act.

    (a) Total amount of time excludable under the Speedy Trial Act:

        From 11/24/04 until 12/1/04.

        From 12/1/04 until 12/28/04

        1/12/05 until 2/3/05

        2/3/05 until 3/1/05

    (b) Amount of time remaining under the Speedy Trial Act before trial must commence:

        57 days

9. Should this case proceed to trial, the government anticipates that its case-in-chief will take approximately 3 days.

By the government:

*[signature]*
Nadine Pellegrini, AUSA

By the Defendant:

*[signature]*
Martin Murphy, Esq.

Dated: 03/01/05