IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA           :
                                  :   CRIMINAL ACTION
                                  :   04-10349-DPW
        v.                    :
                                    :
DIONISION TEJEDA-ORTIZ a/k/a    :
ALCIBIADO CORDERO, a/k/a        :
EDUARDO ROSA a/k/a               :
SAMUEL CRUZ, a/k/a               :
PABLO TEJEDA                     :



**SECOND JOINT MOTION TO EXCLUDE TIME**


    The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, and Martin Murphy, Esq., attorney for the Defendant, hereby file this Joint Motion to Exclude Time as follows:

    1. The parties appeared before the court on February 3, 2005 for an Interim status conference.  At that time, the parties agreed that a final status conference was necessary in order that the defense complete its review of the automatic discovery material and determine, *inter alia*, if there motions were to be filed.

    The court agreed to continue this matter until March 1, 2005 for a final status conference.

Therefore, the parties respectfully request that the court grant this Motion to Exclude Time for the period from February 3, 2005 until March 1, 2005 pursuant to 18 U.S.C. §3161 (h)(8)(A).


                                        Respectfully submitted,


_____          _____
Martin Murphy, Esq.                Nadine Pellegrini
Counsel for the Defendant          Assistant U.S. Attorney


Dated: 03/01/05