UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL ACTION NO: 04-10349-DPW |
| | ) ) ) | |
| DIONISION TEJEDA-ORTIZ | ) ) | |

**JOINT STATUS REPORT
AND MOTION TO FILE STATUS REPORT LATE**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and Martin F. Murphy, counsel for the Defendant, hereby file the following Joint Status Report, in numbered paragraphs corresponding to the Court's order.

*1.* ***Proposed Dates***: The parties request the Court to schedule a Rule 11 hearing for June 13, 2005 and schedule trial, if the defendant does not plead guilty on that date, for June 27, 2005. (Defense counsel would notify the Court and counsel for the government on or before June 6, 2005 whether the case will be resolved by plea.)

*2.* ***Motions***: With the possible exception of trial related motions (such as motions-in-limine) neither party expects motions to be filed.

B3032251.1

3.   ***Resolution Short of Trial***.   The Parties presently expect that the case will be resolved by plea.  The parties have not yet completed plea negotiations, however, and therefore have suggested that the Court set a date for a Rule 11 hearing and an alternative, later date for trial.

4.   ***Interpreter.***   Defendant states that a Spanish interpreter will be necessary for a Rule 11 hearing or for trial.

5.   ***Defendant's Status.***  The defendant is in federal custody.

6.   ***Fugitives.***   The defendant is not a fugitive.

7.   ***Other matters***.  The United States and the defendant respectfully request that the Court permit this status report to be filed late.

Respectfully Submitted,

/s/Martin Murphy
Martin Murphy, Esq. BBO#363250

Counsel for the Defendant
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
(617) 832-1000

/s/ Nadine Pellegrini
Nadine Pellegrini

Assistant U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100