UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)   CRIMINAL ACTION NO: 04-10349-DPW<br>)<br>DIONISIAN TEJEDA-ORTIZ )<br>)  | |

**NOTICE OF COUNSEL'S CHANGE OF FIRM AND ADDRESS**

Please take notice that Martin F. Murphy, counsel to defendant Dionisian Tajeda-Ortiz, previously practicing at Bingham McCutchen LLP, is now practicing at Foley Hoag LLP. His new address is now is:

> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, MA 02210
> (617) 832-1213 (phone)
> (617) 832-7000 (telecopier)
> mmurphy@foleyhoag.com

> Respectfully Submitted,

> /s/ Martin F. Murphy
> Martin F. Murphy
> BBO 363250
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, MA 02210
> (617) 832-1213 (phone)
> (617) 832-7000 (telecopier)
> mmurphy@foleyhoag.com

B3032367.1

-2-

## Certificate of Service

I, Martin F. Murphy, hereby certify that this Notice was filed and served electronically on May 9, 2005.

/s/ Martin F. Murphy
Martin F. Murphy

B3032367.1