UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL ACTION NO: 04-10349-DPW |
| | ) |
| DIONISION TEJEDA-ORTIZ | ) |
| | ) |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE DATE FOR RULE 11 HEARING AND TO EXCLUDE TIME**

Defendant Dionision Tajeda-Ortiz respectfully requests that the Court continue the Rule 11 Hearing in this matter, now scheduled for June 13, 2005, to a date convenient to the Court during the week of June 27, 2005 (except the afternoon of June 30, when defense counsel has a sentencing scheduled in another case) or thereafter.

As ground for this motion, counsel for the defendant states that he needs additional time to discuss the government's proposed plea agreement with the defendant and logisitical issues (including the need to use an interpreter to speak with the defendant, and scheduled out-of-country work-related travel) will prevent him from doing so between now and June 13.

The defendant further requests that the Court exclude the time between the date of this motion and the date of the Rule 11 hearing from the Speedy Trial Act pursuant to 18 U.S.C. 18 U.S.C. § 3161(h)(1)(F).

B3043991.1

- 2 -

    Counsel for the United States has assented to this Motion.

                                                            Respectfully Submitted,

                                                            /s/ Martin F. Murphy  
                                                            Martin F. Murphy BBO#363250  
                                                            Counsel for the Defendant  
                                                            FOLEY HOAG LLP  
                                                            155 Seaport Blvd.  
                                                            Boston, MA 02210  
                                                           617) 832-1000

**Assented to:**

/s/Nadine Pelligrini (per tel. authority)  
Nadine Pellegrini  
UNITED STATES ATTORNEY'S OFFICE  
1 Courthouse Way  
U.S. Courthouse, Suite 9200  
Boston, Massachusetts 02210  
(617) 748-3100

B3043991.1