UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL ACTION NO: 04-10349-DPW |
| | ) ) ) | |
| DIONISION TEJEDA-ORTIZ | ) ) ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE DATE FOR RULE 11 HEARING AND TO EXCLUDE TIME**

Defendant Dionision Tajeda-Ortiz respectfully requests that the Court continue the Rule 11 Hearing in this matter, now scheduled for July 11, 2005, to July 15, 2005 at 3:30 p.m.

As ground for this motion, counsel for the defendant states that he is presently scheduled to be in Colombus, Ohio on July 11, 2005, the day the hearing is currently scheduled.

The defendant further requests that the Court exclude the time between July 11, 2005 and July 15, 2005 pursuant to 18 U.S.C. § 3161(h)(1)(F).

Counsel for the United States has assented to this Motion.

Respectfully Submitted,

/s/ Martin F. Murphy
Martin F. Murphy BBO#363250
Counsel for the Defendant
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
617) 832-1000

B3054894.1

- 2 -

**Assented to:**

/s/Nadine Pelligrini (per tel. authority)
Nadine Pellegrini
UNITED STATES ATTORNEY'S OFFICE
1 Courthouse Way
U.S. Courthouse, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100


Dated:  June 27, 2005