IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DIONYSIAN TAJEDA-ORTIZ )<br>    Defendant )<br>) | CRIMINAL ACTION NO.: 04-10349-DPW |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Defendant Pablo Tajeda-Ortiz respectfully requests that the Court continue the date of his sentencing, now scheduled for October 6, 2005, to a date convenient to the Court on or after October 20, 2005.

As grounds for his motion, defendant states as follows:

1.   On September 27, 2005, defense counsel received the final Pre-Sentence Report from the Probation Department.

2.   In the final Pre-Sentence Report, the Probation Office increased the defendant's criminal history score as a result of its receipt of information after its disclosure of the draft Pre-Sentence Report to defense counsel.  (Defense counsel has met with the defendant to discuss the *draft* PSR, but did not discuss the new information contained in the Final Report because that information was not in the draft.)

3.   Because (a) the defendant is detained; (b) defense counsel requires an interpreter to speak with the defendant, and (c) defense counsel has other matters scheduled, defense counsel lacks the time to speak with the defendant about the new information contained in the

B3100965.1

PSR or to investigate the new information in time to a prepare Sentencing Memorandum by October 3, 2005, when it is due.

4. Assistant United States Attorney Nadine Pelligrini has assented to this Motion.

WHEREFORE, Defendant respectfully requests that the Court continue his sentencing, now scheduled for October 6, 2005, to a date convenient to the Court on or after October 20, 2005.

Respectfully submitted,

/s/Martin F. Murphy
Martin F. Murphy, Esq. BBO#363250
Counsel for the Defendant
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617)832-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of this document electronically to counsel of record.

/s/ Martin F. Murphy
Martin F. Murphy