UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL  NO.  04-10349-DPW |
| | ) |
| DIONISION TAJEDA-ORTIZ | ) |
| **True Name:  Pablo Tajeda-Ortiz** | ) |
| | ) |

### DEFENDANT PABLO TAJEDA-ORTIZ' NOTICE OF APPEAL

Notice is hereby given that Pablo Tajeda-Ortiz, defendant in the above-named

case, hereby appeals to the United States Court of Appeals for the First Circuit the Judgment and,

in particular, the sentence entered on October 7, 2005.  Pursuant to Fed R. App. P. 24(a)(3),

defendant proceeds in Forma Pauperis, as he was previously "determined to be financially unable

to obtain adequate defense in [the captioned] criminal case."

Respectfully Submitted,

**PABLO TAJEDA-ORTIZ**

By his attorney,


/s/ Martin F. Murphy
Martin F. Murphy
BBO 363250
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1213 (phone)
(617) 832-7000 (telecopier)
mmurphy@foleyhoag.com

Date:  October 17, 2005


H:\My Documents\Tajeda-Ortiz Noticeof Appeal.DOC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served electronically to Nadine Pelligrini.

<u>/s/  Martin F. Murphy</u>
Martin F. Murphy