UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10349

United States of America

v.

Dionision Tajeda-Ortiz

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 2, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/6/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, INTERP

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10349-DPW-ALL

Case title: USA v. Tejeda-Ortiz                    Date Filed: 11/24/2004

---

Assigned to: Judge Douglas P. Woodlock

### Defendant

**Dionision Tejada-Ortiz (1)**             represented by **Martin F Murphy**
*also known as*                                          Foley Hoag LLP
Pablo Tejeda (1)                                         155 Seaport Boulevard
*also known as*                                          Boston, MA 02210
Alcibiado Cordero (1)                                    617-832-1213
*also known as*                                          Fax: 617-832-7000
Eduardo Rosa (1)                                         Email: mmurphy@foleyhoag.com
*also known as*                                          *LEAD ATTORNEY*
Samuel Cruz (1)                                          *ATTORNEY TO BE NOTICED*
                                                         *Designation: CJA Appointment*

### Pending Counts                          ### Disposition

                                            Defendant sentenced to 57 months
                                            incarceration, 3 years supervised release
                                            with standard and special conditions; no
                                            fine; special assessment of $100.00.
8:1326 Illegal REENTRY OF                   Court makes recommendation to BOP
DEPORTED ALIENS                             that time defendant spent in custody of
(1)                                         Homeland Security (10/26/04 to
                                            11/24/04) be considered as time served
                                            in the calculation of defendant's release
                                            date.

### Highest Offense Level (Opening)

Felony

### Terminated Counts                       ### Disposition

None

### Highest Offense Level (Terminated)

None

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

USA                                    represented by  **Nadine Pellegrini**
                                                       United States Attorney's Office
                                                       John Joseph Moakley Federal
                                                       Courthouse
                                                       1 Courthouse Way
                                                       Suite 9200
                                                       Boston, MA 02210
                                                       617-748-3107
                                                       Fax: 617-748-3951
                                                       Email: nadine.pellegrini@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2004 | 1 | INDICTMENT as to Dionision Tejeda-Ortiz (1) count(s) 1. (Gawlik, Cathy) Modified on 11/24/2004 (Gawlik, Cathy). (Entered: 11/24/2004) |
| 11/24/2004 |   | Arrest Warrant Issued as to Dionision Tejeda-Ortiz (Gawlik, Cathy) Modified on 11/24/2004 (Gawlik, Cathy). (Entered: 11/24/2004) |
| 11/24/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Dionision Tejada-Ortiz (Gawlik, Cathy) Additional attachment(s) added on 11/24/2004 (Gawlik, Cathy). (Entered: 11/24/2004) |
| 11/24/2004 |   | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to Dionision Tejeda-Ortiz held on 11/24/2004. The defendant appears with Counsel Martin Murphy. Defense counsel instructs the defendant not to answer any of the Court's inquiries regarding identity. The Court provides the defendant with a financial affidavit to be returned by to Judge Bowler's session for appointment of counsel. The Court informs the defendant of the charges and the government states the maximum penalty. Upon motion of the government, the Court continues the matter. The defendant is remanded to the custody of the Marshal to be produced at next hearing. Arraignment set for 12/1/2004 03:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. Detention Hearing set for 12/1/2004 03:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Tape #Digital Recording.) (Brown, Rex) (Entered: 11/24/2004) |
| 11/24/2004 | 5 | Magistrate Judge Marianne B. Bowler: ORDER entered: CJA 20 for Dionision Tejada-Ortiz: Appointment of Attorney Martin F. Murphy for |

| | | |
|---|---|---|
| | | Dionision Tejada-Ortiz. (Saccoccio, Dianalynn) (Entered: 12/06/2004) |
| 11/29/2004 | 3 | Arrest Warrant Returned Executed on 11/24/04. as to Dionision Tejada-Ortiz. (Hurley, Virginia) (Entered: 11/29/2004) |
| 12/01/2004 | 4 | Judge Marianne B. Bowler: ORDER entered ORDER OF VOLUNTARY DETENTION WITHOUT PREJUDICE as to Dionision Tejada-Ortiz. (Bowler, Marianne) (Entered: 12/01/2004) |
| 12/01/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Arraignment for Dionision Tejada-Ortiz (1) count 1 held on 12/1/2004; Nadine Pellegrini for the govt. and Martin Murphy for the deft.; Joaquin Font, Spanish interpreter; Deft. consents to voluntary detention; Deft. waives reading of the indictment in its entirety; Deft. pleads not guilty; Govt. anticipates four witnesses and the trial to last two days; The court will issue an order of voluntary detention without prejudice forthwith; Initial status conference is set for 1/12/2005 at 10:30 AM; Deft. is remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 12/03/2004) |
| 01/12/2005 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Initial status conference for Dionision Tejada-Ortiz held on 1/12/2005; Nadine Pellegrini for the govt. and Martin Murphy for the deft.; An initial status report is filed in open court; An interim status conference is set for 2/3/2005 at 10:00 AM; Parties agree to exclude the time from today to 2/3/2005 and the govt. will file the assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 01/12/2005) |
| 01/12/2005 | 6 | STATUS REPORT on initial conference by Dionision Tejada-Ortiz, USA as to Dionision Tejada-Ortiz (Nici, Richard) (Entered: 01/14/2005) |
| 02/03/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interim status conference for Dionision Tejada-Ortiz held on 2/3/2005; Timothy Feeley for the govt. and Martin Murphy for the deft.; Parties file a joint motion to exclude time from 1/12/2005 to today; Counsel for the deft. requests a final status conference sometime during the week of 2/28/2005 and the govt. is amenable to the request; A final status conference is set for 3/1/2005 at 10:00 AM; Parties agree to exclude the time from today to 3/1/2005 and the govt. will file an assented to motion excluding the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 02/03/2005) |
| 02/03/2005 | 7 | Joint Motion to Exclude Time from January 12, 2005 to February 3, 2005 for Dionision Tejada-Ortiz by Dionision Tejada-Ortiz and USA. (Saccoccio, Dianalynn) (Entered: 02/03/2005) |
| 02/03/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 7 Motion to Exclude as to Dionision Tejada-Ortiz(1). (Bowler, Marianne) (Entered: 02/03/2005) |
| 03/01/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Final status conference for Dionision Tejada-Ortiz held on 3/1/2005; Paul Moore for the govt. and Martin Murphy for the |

| | | |
|---|---|---|
| | | deft.; Parties file a final status report and a motion to exclude time on open court; Counsel for the deft. requests that the case is returned to the District Judge and also requests a date for filing a motion to suppress; Deadline to file motion to suppress is 5/1/2005; Parties agree to exclude the time from today to 5/1/2005 and the govt. will file a motion to exclude the time; The court will file a final status report and return the case forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/01/2005) |
| 03/01/2005 | 9 | Magistrate Judge Marianne B. Bowler: Electronic order entered; Report and order on final status conference for Dionision Tejada-Ortiz (Saccoccio, Dianalynn) (Entered: 03/02/2005) |
| 03/01/2005 | | Judge update the in case of Dionision Tejada-Ortiz; Magistrate Judge Marianne B. Bowler is no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 03/02/2005) |
| 03/01/2005 | 10 | STATUS REPORT by Dionision Tejada-Ortiz, USA as to Dionision Tejada-Ortiz (Nici, Richard) (Entered: 03/03/2005) |
| 03/01/2005 | 11 | Joint MOTION to Exclude Time as to Dionision Tejada-Ortizby Dionision Tejada-Ortiz, USA. (Nici, Richard) (Entered: 03/03/2005) |
| 03/02/2005 | 8 | Assented to MOTION for Excludable Delay from 3/1/05 to 5/1/05 as to Dionision Tejada-Ortizby Dionision Tejada-Ortiz, USA. (Pellegrini, Nadine) (Entered: 03/02/2005) |
| 03/14/2005 | 12 | NOTICE OF HEARING as to Dionision Tejada-Ortiz Pretrial Conference set for 5/10/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 5/4/05.(Rynne, Michelle) (Entered: 03/14/2005) |
| 05/09/2005 | 13 | STATUS REPORT *JOINT* by Dionision Tejada-Ortiz, USA as to Dionision Tejada-Ortiz (Pellegrini, Nadine) (Entered: 05/09/2005) |
| 05/10/2005 | 14 | NOTICE *of Counsel's Change of Firm and Address* by Dionision Tejada-Ortiz (Murphy, Martin) (Entered: 05/10/2005) |
| 05/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Dionision Tejada-Ortiz held on 5/10/2005. Change of plea hearing set for 6/13/05 at 3:30 p.m. If no change of plea, trial will be set at a later time. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 05/10/2005) |
| 05/10/2005 | 15 | NOTICE OF HEARING as to Dionision Tejada-Ortiz: Change of Plea Hearing set for 6/13/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/10/2005) |
| 06/02/2005 | 16 | Assented to MOTION to Continue *Rule 11 Hearing* to June 27, 2005 as to Dionision Tejada-Ortiz. (Murphy, Martin) (Entered: 06/02/2005) |
| 06/03/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 16 Motion to Continue as to Dionision Tejada-Ortiz (1). Granted to the extent that the Rule 11 Hearing is rescheduled to 7/11/05 at 2:30pm. |

| | | |
|---|---|---|
| | | Time from 6/2/05 to 7/11/05 is excluded. (Rynne, Michelle) (Entered: 06/03/2005) |
| 06/03/2005 | | NOTICE OF RESCHEDULING as to Dionision Tejada-Ortiz: Change of Plea Hearing reset for 7/11/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/03/2005) |
| 06/27/2005 | 17 | Assented to MOTION to Continue *Rule 11 Hearing* to 07/15/2005 as to Dionision Tejada-Ortiz. (Murphy, Martin) (Entered: 06/27/2005) |
| 06/28/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 8 Motion to Exclude as to Dionision Tejada-Ortiz (1); granting 11 Motion to Exclude as to Dionision Tejada-Ortiz (1); granting 17 Motion to Continue as to Dionision Tejada-Ortiz (1). Change of plea hearing reset to 7/15/05 at 3:30 pm. Time excluded: 2/3/05-3/1/05; 3/1/05-5/1/05; 7/11/05-7/15/05. (Rynne, Michelle) (Entered: 06/28/2005) |
| 06/28/2005 | | NOTICE OF RESCHEDULING as to Dionision Tejada-Ortiz: Change of Plea Hearing reset for 7/15/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/28/2005) |
| 07/15/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Dionision Tejada-Ortiz held on 7/15/2005. Interpreter: Debra Huacuja Sworn; Defendants true name is Pablo Tejeda-Ortiz; Defendant Sworn; court conducts colloquy; Plea entered by Pablo Tejada-Ortiz (1) Guilty Count 1. Sentencing set for 10/6/05 at 2:30pm. (Court Reporter James Gibbons.) (Rynne, Michelle) (Entered: 07/15/2005) |
| 07/15/2005 | 18 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Dionision Tejada-Ortiz Sentencing set for 10/6/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 07/15/2005) |
| 07/15/2005 | 19 | PLEA AGREEMENT as to Dionision Tejada-Ortiz (Nici, Richard) (Entered: 07/15/2005) |
| 09/28/2005 | 20 | Assented to MOTION to Continue *Sentencing* as to Dionision Tejada-Ortiz. (Murphy, Martin) (Entered: 09/28/2005) |
| 10/03/2005 | | Judge Douglas P. Woodlock : ElectronicORDER entered finding as moot 20 Motion to Continue as to Dionision Tejada-Ortiz (1) in light of the Probation Department's issuance of a Second Addendum dated 9/30/05 to the PSR. Sentencing remains set for 10/6/05 at 2:30 p.m. (Rynne, Michelle) (Entered: 10/03/2005) |
| 10/04/2005 | 21 | SENTENCING MEMORANDUM by Dionision Tejada-Ortiz (Murphy, Martin) (Entered: 10/04/2005) |
| 10/05/2005 | 22 | Memorandum regarding Defendant's Sentencing Memorandum as to Dionision Tejada-Ortiz (Pellegrini, Nadine) (Entered: 10/05/2005) |
| 10/06/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Sentencing held on 10/6/2005 for Dionision Tejada-Ortiz (1), |

| | | |
|---|---|---|
| | | Count(s) 1. Modifications made to PSR. Defendant sentenced to 57 months incarceration, 3 years supervised release with standard and special conditions; no fine; special assessment of $100.00. Court makes recommendation to BOP that time defendant spent in custody of Homeland Security (10/26/04 to 11/24/04) be considered as time served in the calculation of defendant's release date. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 10/06/2005) |
| 10/06/2005 | 23 | Judge Douglas P. Woodlock : ORDER entered. STATEMENT OF REASONS as to Dionision Tejada-Ortiz (Nici, Richard) (Entered: 10/07/2005) |
| 10/06/2005 | 24 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Dionision Tejada-Ortiz (1), Count(s) 1, Defendant sentenced to 57 months incarceration, 3 years supervised release with standard and special conditions; no fine; special assessment of $100.00. Court makes recommendation to BOP that time defendant spent in custody of Homeland Security (10/26/04 to 11/24/04) be considered as time served in the calculation of defendant's release date. (Nici, Richard) (Entered: 10/07/2005) |
| 10/17/2005 | 25 | NOTICE OF APPEAL by Dionision Tejada-Ortiz Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/7/2005. (Murphy, Martin) (Entered: 10/17/2005) |