# United States Court of Appeals
## For the First Circuit

No. 05-2823

UNITED STATES,

Appellee,

v.

DIONISION TEJEDA-ORTIZ,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

**JUDGMENT**
Entered: August 17, 2006

    Appellant challenges the sentence imposed upon his plea of guilty to being found in the United States, subsequent to a deportation, without the permission of the Attorney General. He contends that the district court erred by enhancing his sentence, under advisory sentencing guideline § 2L1.2(b)(1)(A), because appellant did not admit (and a jury did not find) that his previous deportation had followed conviction of an aggravated felony for which a sentence longer than 13 months was imposed. However, <u>United States</u> v. <u>Almendarez-Torres</u>, 523 U.S. 224 (1998), and the cases applying it, do not require previous convictions to be charged, found by a jury, or admitted by a defendant. <u>See</u>, <u>e.g.</u>, <u>United States</u> v. <u>Work</u>, 409 F.3d 484, 491 n.1 (1st Cir. 2005); <u>United States</u> v. <u>Lewis</u>, 406 F.3d 11, 21 n.11 (1st Cir. 2005)(prior convictions are not facts that must be found by jury). To the extent that appellant is suggesting that this court's cases construing <u>Almendarez-Torres</u> represent an unwarranted expansion of that case, we are bound by those cases.

    The government's motion for summary disposition is <u>granted</u>.

    The judgment is summarily <u>affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 9/7/06

By the Court:
Richard Cushing Donovan, Clerk.

**MARGARET CARTER**
By:_____
Chief Deputy Clerk.

[cc: Martin F. Murphy, Esq., Howard P. Goldberg, Esq., Nadine Pellegrini, AUSA, Dina Michael Chaitowitz, AUSA, Dionision Tejeda-Ortiz]